# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-215-FDW-DCK

| | |
|---|---|
| VALLEY OF THE MOON COMMERCIAL POULTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| FIBER FUELS, LLC, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. John W. Taylor, attorney for the Plaintiff, notified the Court via email that the parties reached a settlement on January 20, 2016. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 20, 2016**.

Signed: January 20, 2016

David C. Keesler
United States Magistrate Judge